CO-386
10/2018

# United States District Court
# For the District of Columbia

NONBELIEF RELIEF, INC.

          vs    Plaintiff

DAVID J. KAUTTER, Acting Commissioner

                Defendant

Civil Action No. __18-CV-2347__

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __NONBELIEF RELIEF, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __NONBELIEF RELIEF, INC.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Richard L. Bolton
_____
Signature

WI0034
_____
BAR IDENTIFICATION NO.

Richard L. Bolton
_____
Print Name

1 South Pinckney Street, Suite 410
_____
Address

Madison, WI 53701 0927
_____
City     State     Zip Code

(608) 257 9521
_____
Phone Number