IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NONBELIEF RELIEF, INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 18-CV-2347-TJK |
| | ) |
| CHARLES P. RETTIG, COMMISSIONER | ) |
| OF THE INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Kieran O. Carter as co-counsel for defendant Charles P. Rettig, Commissioner of the Internal Revenue Service.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Kieran O. Carter
KIERAN O. CARTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-616-1920 (v)
202-514-6866 (f)
Kieran.O.Carter@usdoj.gov

CERTIFICATE OF SERVICE

      I certify that on November 30, 2018, I filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice.

      /s/ Kieran O. Carter
KIERAN O. CARTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-616-1920 (v)
202-514-6866 (f)
Kieran.O.Carter@usdoj.gov