

October 29, 2018

Dear WALZ GROUP:

The following is in response to your request for proof of delivery on your item with the tracking number: **9314 8699 0430 0051 9216 86**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | October 25, 2018, 06:06 a.m. |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Shipment Details** | |
| **Weight:** | 6.0oz |
| **Destination Delivery Address** | |
| **City, State ZIP Code:** | WASHINGTON, DC 20530-0001 |
| **Recipient Signature** | |

Signature of Recipient: *[signature]*

Address of Recipient: *[handwritten: Justice 20530]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

---

Information in this section provided by Walz Group, LLC.

**Original Recipient Information:**
Jessie K. Liu
U.S. Attorney for the
District of Columbia
555 4th Street, NW
Washington, DC 20530

**Reference Number:** 26318-14-RLB