ALERT: ALL USPS® RETAIL LOCATIONS WILL BE CLOSED ON WED., DEC. 5 TO HONOR PRES…

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

Remove ✕

**Tracking Number:** 9314869904300051921556

**Expected Delivery on**

**WEDNESDAY**
**24** OCTOBER 2018 ⓘ

by **8:00pm** ⓘ

Feedback

## ✓ Delivered to Agent

October 24, 2018 at 11:25 am
Delivered to Agent for Final Delivery
WASHINGTON, DC 20224

---

**Return Receipt Electronic** ⌄

**Tracking History** ⌃

**October 24, 2018, 11:25 am**
Delivered to Agent for Final Delivery
WASHINGTON, DC 20224
Your item has been delivered to an agent for final delivery in WASHINGTON, DC 20224 on October 24, 2018 at 11:25 am.

**October 24, 2018, 6:18 am**
Arrived at Unit
WASHINGTON, DC 20018

**October 23, 2018**
In Transit to Next Facility

**October 21, 2018, 12:14 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**October 18, 2018, 11:58 pm**
Departed USPS Regional Facility
MILWAUKEE WI PROCESSING CENTER

**October 18, 2018, 9:49 pm**
Arrived at USPS Regional Facility
MILWAUKEE WI PROCESSING CENTER

**October 18, 2018**
Pre-Shipment Info Sent to USPS, USPS Awaiting Item

Feedback

**Product Information**