AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Nonbelief Relief, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-02347-TJK |
| David J. Kautter | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Defendant-Intervenor The New Macedonia Baptist Church

Date:   01/10/2019

*[signature]*
*Attorney's signature*

Christiana M. Holcomb, Bar No. 176922
*Printed name and bar number*

440 First Street NW
Suite 600
Washington, D.C. 20001

*Address*

CHolcomb@ADFlegal.org
*E-mail address*

(202) 393-8690
*Telephone number*

(202) 347-6744
*FAX number*