AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Nonbelief Relief, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-02347-TJK |
| David J. Kautter | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Defendant-Intervenor The New Macedonia Baptist Church.

Date: 01/15/2019

s/ Erik Stanley
*Attorney's signature*

Erik Stanley, D.C. Bar #496102
*Printed name and bar number*

Alliance Defending Freedom
15100 N. 90th St.
Scottsdale, AZ  85260
*Address*

estanley@ADFlegal.org
*E-mail address*

(480) 444-0020
*Telephone number*

(480) 444-0028
*FAX number*