UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NONBELIEF RELIEF, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES P. RETTIG, Commissioner of the Internal Revenue Service, <br><br> Defendant. <br><br> THE NEW MACEDONIA BAPTIST CHURCH <br><br> [Proposed] Defendant-Intervenor. | Case No. 1:18-cv-02347-TJK |

**NOTICE OF FILING OF PROPOSED MOTION TO DISMISS**

As directed by the Court, Proposed-Defendant Intervenor T0he New Macedonia Baptist Church hereby provides notice of filing of its proposed motion to dismiss, which is attached hereto. Given that the church's motion to intervene remains pending (*see* ECF No. 5), the proposed motion to dismiss is filed pursuant to Federal Rule of Civil Procedure 24(c) and Local Rule 7(j).

1

Dated: March 5, 2019                             Respectfully submitted,

/s/Erik Stanley
Erik Stanley (DC Bar No. 496102)*
Jeremiah Galus (DC Bar No. 993219)*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th St.
Scottsdale, AZ 85260
(480) 444-0020
estanley@ADFlegal.org
jgalus@ADFlegal.org

Christen Price (DC Bar No. 1016277)
Christiana Holcomb (DC Bar No. 176922)
ALLIANCE DEFENDING FREEDOM
440 First Street, NW, Suite 600
Washington, D.C. 20001
(202) 393-8690
cprice@ADFlegal.org
cholcomb@ADFlegal.org

*Admitted pro hac vice