# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NONBELIEF RELIEF, INC.,

    *Plaintiff*,

v.

CHARLES RETTIG,

    *Defendant*,

and

NEW MACEDONIA BAPTIST CHURCH,

    *Defendant-Intervenor*.

Civil Action No. 18-2347 (TJK)

## ORDER

Upon consideration of the record in this case, including the Complaint, ECF No. 1, Defendant's Motion to Dismiss for Lack of Jurisdiction, ECF No. 19, Plaintiff's Motion for Leave to File a First Amended Complaint, ECF No. 25, Defendant-Intervenor's Motion to Dismiss, ECF No. 31, and the legal memoranda and other papers submitted by the parties, as well as the applicable law, and for the reasons set forth in a Memorandum Opinion to be issued by the Court within the next thirty days, it is hereby **ORDERED** that Defendant's motion is **GRANTED**, Plaintiff's motion is **DENIED**, and Defendant-Intervenor's motion is **GRANTED**.

2

It is further **ORDERED** that this is not a final Order subject to appeal.[1]  An Order subject to appeal will accompany the Court's Memorandum Opinion.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: September 30, 2019

---

[1] To avoid confusion, the Court notes that this Order is not a "final decision" as that term is used in 28 U.S.C. § 1291.  See *St. Marks Place Hous. Co. v. U.S. Dep't of Hous. & Urban Dev.*, 610 F.3d 75, 79–80 (D.C. Cir. 2010). Rather, this Order reflects the Court's disposition of the motions, which was reached after careful and considered review of the parties' arguments and submissions, as well as the applicable law.  A Memorandum Opinion setting forth the Court's rationale in appropriate detail will be issued within the next thirty days, at which point the Court will render its final decision on the motions referenced in this Order.