UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NONBELIEF RELIEF, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CHARLES RETTIG, <br><br> *Defendant*, <br><br> and <br><br> NEW MACEDONIA BAPTIST CHURCH, <br><br> *Defendant-Intervenor*. | Civil Action No. 18-2347 (TJK) |

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss for Lack of Jurisdiction, ECF No. 19, is **GRANTED**.  It is further ordered that Defendant-Intervenor's Motion to Dismiss, ECF No. 31, is **GRANTED**.  It is further ordered that Plaintiff's Motion for Leave to File a First Amended Complaint, ECF No. 25, is **DENIED**.  This is a final, appealable Order.  The Clerk of Court is directed to close the case.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: January 10, 2020